656 A.2d 435

IN THE MATTER OF ALLEN ZAVODNICK,
AN ATTORNEY AT LAW.

April 26, 1995.

## ORDER

The Disciplinary Review Board having filed its decision with the Court on March 9, 1995, recommending that **ALLEN ZAVODNICK** of **JERSEY CITY,** who was admitted to the bar of this State in 1962, be reprimanded for failure to keep the books and records required by *Rule* 1:21–6 and for failure to correct deficiencies found by audit in his recordkeeping, in violation of *RPC* 1.15(d) and *Rule* 1:21–6, and good cause appearing;

It is ORDERED that **ALLEN ZAVODNICK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.